UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:23-CR-00093-1-JRG-CRW |
| ) | |
| KENDRICK MAJORS ) | |

## ORDER

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 40], in which Judge Wyrick recommends the Court permit Defendant to withdraw his request for release and reserve the right to request a detention hearing at a later time. Judge Wyrick also recommends the Court vacate United States Magistrate Judge Jeffrey S. Frensley's Order Setting Conditions of Release [*United States v. Kendrick Majors*, No. 3:23-mj-02108-1 (M.D. Tenn. July 25, 2023), ECF No. 9] and deny as moot the United States' Motion for Review of Release Order and Stay [Doc. 7]. Neither party has timely objected to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(a).

Having reviewed the record, the Court agrees with Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(a). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, Judge Jeffrey S. Frensley's Order [*United States v. Kendrick Majors*, No. 3:23-mj-02108-1 (M.D. Tenn. July 25, 2023), ECF No. 9] is **VACATED**, and the United States' Motion for Review of Release Order and Stay [Doc. 7] is **DENIED as moot**. The Court will permit Defendant to withdraw his request for release and reserve the right to request a detention hearing at a later time.

So ordered.

ENTER:

                                               s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE